No. A–632 (89–7005). HARRIS *v.* TEXAS. Ct. Crim. App. Tex. Application for stay of execution of sentence of death, presented to JUSTICE WHITE, and by him referred to the Court, granted pending disposition by this Court of the petition for writ of certiorari. Should the petition for writ of certiorari be denied, this stay terminates automatically. In the event the petition for writ of certiorari is granted, this stay shall continue pending the issuance of the mandate of this Court.

No. A–651. WALKER *v.* STATE BAR OF CALIFORNIA. Sup. Ct. Cal. Application for stay, addressed to JUSTICE WHITE and referred to the Court, denied.

No. A–661 (89–939). HEALTHAMERICA ET AL. *v.* MENTON, 493 U. S. 1093. Application for stay pending disposition of a petition for rehearing, addressed to JUSTICE O'CONNOR and referred to the Court, denied.

No. D–815. IN RE DISBARMENT OF SHIMEK. Disbarment entered. [For earlier order herein, see 493 U. S. 949.]

No. D–821. IN RE DISBARMENT OF ELLIOTT. Disbarment entered. [For earlier order herein, see 493 U. S. 950.]

No. D–844. IN RE DISBARMENT OF RAY. Disbarment entered. [For earlier order herein, see 493 U. S. 988.]

No. D–849. IN RE DISBARMENT OF REINER. Disbarment entered. [For earlier order herein, see 493 U. S. 1040.]

No. D–878. IN RE DISBARMENT OF SCHWARTZ. It is ordered that Jeffrey Mark Schwartz, of New York, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–879. IN RE DISBARMENT OF ANDERSON. It is ordered that Ronald Etheridge Anderson, of Huntington Park, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.